No. P68/118.—Gross Plumbing & Rubber Company et al. *v.* United States, protests 58/17849, etc. (Philadelphia).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of flat sink strainers and replacement cup sink strainers in chief value of brass the same in all material respects as those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiffs was sustained.

No. P68/119.—Getz Bros. Co., Inc., et al. *v.* United States, protests 62/3499, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of sink strainers in chief value of iron similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651) and that the items of merchandise marked "B" consist of sink strainers in chief value of brass similar in all material respects to those the subject of Abstract 69651, *supra*, the claim of the plaintiffs was sustained.

No. P68/120.—Durst Industries, Inc. *v.* United States, protests 65/17331 and 65/17332 (New York).

FORD, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of strainers in chief value of brass the same in all material respects as those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651) and that the items marked "B" consist of strainers in chief value of steel similar in all material respects to those the subject of Abstract 69651, *supra*, the claim of the plaintiff was sustained.